No. 490. SHEPPARD *v.* MAXWELL, WARDEN. C. A. 6th Cir. Motion of the American Civil Liberties Union et al. for leave to file brief, as *amici curiae,* granted. Certiorari granted. *F. Lee Bailey* and *Russell A. Sherman* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *David L. Kessler,* Assistant Attorney General, for respondent. *Bernard A. Berkman* and *Mel-*

*vin L. Wulf* for the American Civil Liberties Union et al., as *amici curiae,* in support of the petition. *John T. Corrigan* and *Gertrude Bauer Mahon* for the State of Ohio, as *amicus curiae,* on behalf of respondent. ▪